UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUDD SHAPIRO,                                   *
                                                *
            Plaintiff,                          *
                                                *
      v.                                        *     Civil Action No. 11-10842-JLT
                                                *
AURORA LOAN SERVICES,                           *
                                                *
            Defendant.                          *
                                                *

ORDER

July 18, 2011

TAURO, J.

      This court hereby orders that Defendant's unopposed Motion to Dismiss [#6] is

ALLOWED.  This court addressed the merits of the Complaint at the May 16, 2011 hearing on

the Temporary Restraining Order, which this court denied.  The Complaint fails to state a claim

upon which relief may be granted.  Moreover, the foreclosure sale that Plaintiff was seeking to

enjoin occurred on May 19, 2011.[1]  This case is therefore CLOSED.

IT IS SO ORDERED.

                                          /s/ Joseph L. Tauro
                                          United States District Judge

---

[1] Def.'s Mem. Law Supp. Its Mot. Dismiss, 1 [#7].